Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65757.—Pearson Candy Co. et al. *v.* United States, protests 295428–K, etc. (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 6, 1961

No. 65758.—Ross Products, Inc. *v.* United States, protests 60/27041 and 60/27265 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiff was sustained.

No. 65759.—Nylonge Corporation *v.* United States (American Sponge & Chamois Co., Inc., Party in Interest), protest 59/15900 (New York).

Opinion by OLIVER, C.J. In accordance with plaintiff's motion for dismissal on the ground that "this protest is not from the first liquidation of the merchandise" and following the decision of the Secretary of the Treasury rejecting plaintiff's complaint (T.D. 54537), the motion to dismiss was granted.

No. 65760.—Design International Corp. et al. *v.* United States, protests 58/21804, etc. (New York).